IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARQUERIOUS LAQUEZ CANADA, )<br>   )<br>     Petitioner,   )<br>   )<br>   v.   )<br>   )<br>JACOB A. WALKER, III,   )<br>et al.,   )<br>   )<br>     Respondents.   ) | CIVIL ACTION NO.<br>3:21cv418-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be dismissed without prejudice to allow the petitioner to exhaust available state remedies.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of November, 2021.

                                              /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE