IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MARQUERIOUS LAQUEZ CANADA,  )
                            )
     Petitioner,            )
                            )     CIVIL ACTION NO.
     v.                     )       3:21cv418-MHT
                            )           (WO)
JACOB A. WALKER, III,       )
et al.,                     )
                            )
     Respondents.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 14) is adopted.

(2) The 28 U.S.C. § 2254 petition (Doc. 1) is dismissed without prejudice to allow the petitioner to exhaust state-court remedies.

(3) The application to proceed without prepaying fees or costs (Doc. 2) is denied as moot.

No costs are taxed.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 29th day of November, 2021.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**